# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:07-cr-00044-LDG(PAL) |
| v. | ) | MOTION FOR LEAVE TO DISMISS |
| JESUS ANTONIO LOPEZ, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Indictment filed on March 7, 2007, and requests the case be closed due to death of defendant on September 7, 2009. Although no certificate of death is attached, the Social Security Administration has confirmed Defendant Lopez's death.

DANIEL G. BOGDEN
United States Attorney

//s// Russell E. Marsh
RUSSELL E. MARSH
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed.

DATED this 24 day of January 2012.

United States District Court Judge